| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Address:     1437 Bancock St.<br>               Denver, Colorado 80202 | |
| RONALD KNAPP,<br><br>Plaintiff,<br><br>v.<br><br>ER SOLUTIONS, INC.,<br><br>Defendant. | **COURT USE ONLY**<br><br>————————<br><br>Case No.: 2011-cv-4385;<br><br>Courtroom:<br><br>Division: 203 |
| Attorneys for defendant ER Solutions, Inc.<br><br>**GORDON & REES LLP**<br>John D. Keen, # 39883<br>555 Seventeenth Street, Ste. 3400<br>Denver, Colorado 80202<br>(303) 534-5160<br>jkeen@gordonrees.com | |
| **NOTICE OF REMOVAL** | |

Defendant ER Solutions, Inc., through its attorneys, Gordon & Rees LLP, hereby gives

notice of the filing of a Notice of Removal in this matter to the United States District Court for

the District of Colorado. A copy of the Notice of Removal is attached as Exhibit 1 and

incorporated by reference. C.R.C.P. 10(c).

DATED this the 13th day of July, 2011.

GORDON & REES, LLP
*Pursuant to C.R.C.P. 121 § 1-26(7), a printed copy of
this document with original signatures shall be
maintained by the undersigned and will be made
available for inspection by other parties or the court,
upon request.*

/s/ John D. Keen
John D. Keen, # 39883

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this the 13th day of July, 2011, a true and correct image of the foregoing was e-filed via LexisNexis™ File & Serve and served via electronic mail to the following:

Matthew R. Osborne, Esq.
Matthew R. Osborne PC
2055 S. Oneida Street, Suite 370
Denver, Colorado 80224

_____
Nancy Kramer for GORDON & REES LLP