IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01826-RPM-KMT

RONALD KNAPP,

    Plaintiff,

v.

ER SOLUTIONS, INC.,

    Defendant.
_____

ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

Upon review of the Plaintiff's Motion for Partial Summary Judgment, filed September 9, 2011, it is

ORDERED that the motion is denied.

DATED: September 12th, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge