IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01826-RPM-KMT

RONALD KNAPP,

Plaintiff,

v.

ER SOLUTIONS, INC.,

Defendant.

## NOTICE OF SETTLEMENT

TO THIS COURT AND TO ALL PARTIES:

Defendant ER Solutions, Inc. hereby provides notice to this Court that the parties have reached a settlement of all issues and claims which are the subject of this action.

The parties are currently cooperating in the preparation of a written settlement agreement. Pursuant to the terms of the settlement, this action will be dismissed with prejudice, in its entirety, following a full and final execution of same.

Respectfully submitted,

DATED this the 20th day of December, 2011.

GORDON & REES, LLP

/s/ Craig J. Mariam
Craig J. Mariam
John D. Keen
370 Seventeenth St., Suite 4450
Denver, CO 80202
Phone: 303-534-5160
cmariam@gordonrees.com
jkeen@gordonrees.com
Attorneys for defendant ER Solutions, Inc.

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this the 20th day of December, 2011 addressed to:

Matthew R. Osborne, Esq.
Matthew R. Osborne PC
2055 S. Oneida Street, Suite 370
Denver, Colorado 80224
matthewosbornelaw@gmail.com

GORDON & REES, LLP

/s/ Craig J. Mariam
Craig J. Mariam
John D. Keen
370 Seventeenth St., Suite 4450
Denver, CO 80202
Phone: 303-534-5160
cmariam@gordonrees.com
jkeen@gordonrees.com
Attorneys for defendant ER Solutions, Inc.