IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01826-RPM-KMT

RONALD KNAPP,

Plaintiff,

v.

ER SOLUTIONS, INC.,

Defendant.

---

STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE

---

TO THIS HONORABLE COURT:

The parties to this action, having reached a full settlement of the claims asserted in this proceeding, by and through their respective counsel, hereby STIPULATE that the above-entitled action and each and every portion thereof has been fully resolved and should be, and hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties further stipulate and agree that each shall bear its own costs and expenses incurred herein.

IT IS SO STIPULATED.

Respectfully submitted,

DATED this the 28th day of December, 2011.

MATTHEW R. OSBORNE PC

*Electronic signature with authorization*
/s/ Matthew R. Osborne
Matthew R. Osborne, Esq.
2055 S. Oneida Street, Suite 370
Denver, Colorado 80224
Phone: 303-759-7018
matthewosbornelaw@gmail.com
Attorney for plaintiff

DATED this the 28th day of December, 2011.

GORDON & REES, LLP

/s/ Craig J. Mariam
Craig J. Mariam
John D. Keen
370 Seventeenth St., Suite 4450
Denver, CO 80202
Phone: 303-534-5160
cmariam@gordonrees.com
jkeen@gordonrees.com
Attorneys for defendant ER Solutions, Inc.

STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE
Civil Action No. 1:11-cv-01826-RPM-KMT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this the 28th day of December, 2011, addressed to:

Matthew R. Osborne, Esq.
Matthew R. Osborne PC
2055 S. Oneida Street, Suite 370
Denver, Colorado 80224
matthewosbornelaw@gmail.com

GORDON & REES, LLP

/s/ Craig J. Mariam
Craig J. Mariam
John D. Keen
370 Seventeenth St., Suite 4450
Denver, CO 80202
Phone: 303-534-5160
cmariam@gordonrees.com
jkeen@gordonrees.com
Attorneys for defendant ER Solutions, Inc.

ERSI/1071578/11390372v.1

STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE
Civil Action No. 1:11-cv-01826-RPM-KMT