**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-01826-RPM-KMT

RONALD KNAPP,

    Plaintiff,

v.

ER SOLUTIONS, INC.,

    Defendant.

_____

**ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**
_____

**IT IS ORDERED THAT** the above-entitled action is dismissed in its entirety with prejudice and without an award of fees or costs to any party.

DATED: December 28th , 2011

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge